UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDY ELISHA SIMMONS,<br>    Plaintiff,<br>v.<br>COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION,<br>    Defendant. | Case No. 16-cv-01531-JD<br><br>**ORDER TO SHOW CAUSE** |

On August 17, 2016, the parties filed a stipulated request to extend the deadline for plaintiff to file a motion for summary judgment to October 3, 2016. Dkt. No. 15. The Court granted the request on August 22, 2016. Dkt. No. 16. Simmons did not file a motion by that date and has taken no action to prosecute this case since that request was granted nearly ten months ago. Simmons is ordered to show cause, in writing, **by May 22, 2017**, why this case should not be dismissed for failure to prosecute. Failure to show cause will result in dismissal of this action.

**IT IS SO ORDERED.**

Dated: May 15, 2017

JAMES DONATO
United States District Judge